**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAQUELINE ALFORD,                              No   C 09-1306 BZ

      Plaintiff,                          REASSIGNMENT ORDER

      v

HUMBOLDT COUNTY, GARY PHILP, CITY
OF EUREKA, CHIEF GARR NIELSEN and
DOES 1-10 inclusive,

      Defendants.
_____/

     Because the events that gave rise to this lawsuit

occurred in the Humboldt County area and at least some of the

parties are from that area, IT IS HEREBY ORDERED that this matter

is reassigned to the Honorable J Vadas, United States Magistrate

Judge, who sits in Eureka.  Each party shall decide whether it

wishes to consent to Judge Vadas' jurisdiction.  If any party

declines, the matter will be reassigned to a district judge.


     IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge