Brian Edward Claypool
The Claypool Law Firm
Attorneys at Law
633 W. Fifth Street, Suite 5880
Los Angeles, CA 90071
Tel: (213) 488-2042
Fax: (213) 489-4798
E-Mail: becesq@aol.com

Vicki I. Sarmiento
Law Offices of Vicki I. Sarmiento
Attorneys at Law
333 N. Garfield Avenue
Alhambra, CA 91801
Tel: (626) 308-1171
Fax: (626) 308-1101
E-Mail: vsarmiento@vis-law.com

Attorneys for Plaintiffs

Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
E-Mail: kradford@mitchelllawfirm.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ALFORD, | CASE NO.: CV- 09-1306-CW |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| HUMBOLDT COUNTY, GARY PHILP, CITY OF EUREKA, CHIEF GARR NIELSEN and DOES 1 to 10, inclusive, | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATION AND ORDER

| | |
|---|---|
| 1 | The parties to this action represent, stipulate and jointly respectfully request the |
| 2 | following: |
| 3 | That the Case Management Conference presently scheduled for July 14, 2009, be |
| 4 | rescheduled to **August 4, 2009, at 2:00 p.m.**  The reason for the request is that counsel |
| 5 | for defendants has a calendaring conflict and is unavailable on the presently scheduled |
| 6 | date. |

1     The parties to this action represent, stipulate and jointly respectfully request the

2  following:

3     That the Case Management Conference presently scheduled for July 14, 2009, be

4  rescheduled to **August 4, 2009, at 2:00 p.m.**  The reason for the request is that counsel

5  for defendants has a calendaring conflict and is unavailable on the presently scheduled

6  date.

7  DATED:  July 6, 2009        THE LAW OFFICES OF VICKI SARMIENTO

8                THE CLAYPOOL LAW FIRM

9

10             By:   /s/

11                Vicki I. Sarmiento

                Attorneys for Plaintiffs

12  DATED:  July 6, 2009        MITCHELL, BRISSO, DELANEY & VRIEZE

13

14             By:   /s/

15                Nancy K. Delaney

                Attorneys for Defendants

16             * * * * *

17             **<u>ORDER</u>**

18     IT IS ORDERED that the Case Management Conference scheduled for July 14,

19  2009, is continued to **August 4, 2009.**

20        7/9/09

21  DATED: _____

22             _____

                HONORABLE CLAUDIA WILKEN

23                United States District Court

24

25

26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION AND ORDER