1  Brian Edward Claypool
   The Claypool Law Firm
2  Attorneys at Law
   633 W. Fifth Street, Suite 5880
3  Los Angeles, CA  90071
   Tel: (213) 488-2042
4  Fax: (213) 489-4798
   E-Mail: becesq@aol.com
5
   Vicki I. Sarmiento
6  Law Offices of Vicki I. Sarmiento
   Attorneys at Law
7  333 N. Garfield Avenue
   Alhambra, CA  91801
8  Tel: (626) 308-1171
   Fax: (626) 308-1101
9  E-Mail:  vsarmiento@vis-law.com

10 Attorneys for Plaintiffs

11 Nancy K. Delaney, SBN 70617
   Nicholas R. Kloeppel, SBN 186165
12 MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
13 814 Seventh Street
   P. O. Drawer 1008
14 Eureka, CA  95502
   Tel:  (707) 443-5643
15 Fax: (707) 444-9586
   E-Mail:  kradford@mitchelllawfirm.com
16
   Attorneys for Defendants
17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20 | JACQUELINE ALFORD,              | CASE NO.:  CV- 09-1306-CW |
21 |         Plaintiff,              | STIPULATION AND ORDER     |
22 | vs.                             |                           |
23 | HUMBOLDT COUNTY, GARY PHILP,    |                           |
   | CITY OF EUREKA, CHIEF GARR      |                           |
24 | NIELSEN and DOES 1 to 10, inclusive, |                      |
25 |         Defendants.             |                           |
26

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

                            1
                   STIPULATION AND ORDER

The parties to this action represent, stipulate and jointly respectfully request the following:

That the Case Management Conference presently scheduled for July 14, 2009, be rescheduled to **August 4, 2009, at 2:00 p.m.**  The reason for the request is that counsel for defendants has a calendaring conflict and is unavailable on the presently scheduled date.

DATED: July 6, 2009                    THE LAW OFFICES OF VICKI SARMIENTO
                                       THE CLAYPOOL LAW FIRM


                                       By: ___/s/_____
                                           Vicki I. Sarmiento
                                           Attorneys for Plaintiffs

DATED: July 6, 2009                    MITCHELL, BRISSO, DELANEY & VRIEZE


                                       By: ___/s/_____
                                           Nancy K. Delaney
                                           Attorneys for Defendants

* * * * *

**ORDER**

IT IS ORDERED that the Case Management Conference scheduled for July 14, 2009, is continued to **August 4, 2009.**

        7/9/09
DATED: _____
                                       _____
                                       HONORABLE CLAUDIA WILKEN
                                       United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND ORDER