LAW OFFICES OF DALE K. GALIPO
  Dale K. Galipo (Bar No. 144074)
  dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone:    (818) 347-3333
Facsimile:    (818) 347-4118

THE CLAYPOOL LAW FIRM
  Brian E. Claypool (Bar No. 134674)
  becesq@aol.com
633 West Fifth Street, Suite 5880
Los Angeles, CA 90071
Telephone:    (213) 488-2042
Facsimile:    (213) 489-4798

Attorneys for Plaintiff JACQUIELINE ALFORD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACQUELINE ALFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUMBOLDT COUNTY, et al.,<br><br>    Defendants. | Case No. C 09-01306-CW<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff JACQUELINE ALFORD and Defendants HUMBOLDT COUNTY, GARY PHILP, CITY OF EUREKA, CHIEF GARR NIELSEN, DEPUTY GREG BERRY, LIEUTENANT GEORGE CAVINTA, SERGEANT WILLIAM NOVA, SERGEANT BRYAN QUENELL, DEPUTY JAMIE BARNEY, LIEUTENANT DAVE MOREY, and DETECTIVE RICH SCHLESIGER, through their respective attorneys of record, as follows:

(1)    The parties have been acting in good faith in complying with the current schedule but will be unable to complete discovery under the present deadline

due to the number of witnesses exchanged in Initial Disclosures, and the extensive discovery yet to be completed.

(2) Therefore, the Scheduling Order in this action be modified as follows:

| **Description** | **Current Date** | **New Date** |
|---|---|---|
| Completion of Fact Discovery | 03/19/10 | **07/23/10** |
| Expert Disclosures | 04/19/10 | **08/16/10** |
| Completion of Expert Discovery | 06/18/10 | **09/17/10** |
| Last Day to Hear Dispositive Motions | 09/02/10 | **11/18/10** |
| Next Case Management Conference | 09/02/10 | **11/18/10** |
| Final Pretrial Conference | 01/11/11 | **04/26/11** |
| Jury Trial | 01/24/11 | **05/09/11** |

Counsel for Plaintiff hereby attests pursuant to General Order 45 that counsel for Defendants has concurred in the filing of this document bearing her electronic signature.

DATED: February 22, 2010　　　LAW OFFICES OF DALE K. GALIPO

By: _____/S/_____
DALE K. GALIPO
Attorneys for Plaintiff Jacqueline Alford

DATED: February 22, 2010　　　MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____/S/_____
NANCY K. DELANEY
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/2/10

_____
The Honorable Claudia Wilken
United States District Judge