**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAQUELINE ALFORD,<br><br>    Plaintiff,<br><br>   v.<br><br>HUMBOLDT COUNTY, et al.,<br><br>    Defendants.                    / | No. CV 09-1306 CW (NJV)<br><br>**ORDER GRANTING CONTINUANCE OF SETTLEMENT CONFERENCE AND SETTING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Nandor J. Vadas for settlement purposes. Good cause appearing, the Court grants Plaintiff's motion to continue the January 7, 2011 settlement conference to January 19, 2011.  Doc. No. 52.

You are hereby notified that the Settlement Conference previously scheduled for January 7, 2011 has been continued to **January 19, 2011, at 2:00 p.m.** in Courtroom 205 A, 2nd Floor, 514 H Street, Eureka, California.

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case.  **A person who needs to call another person not present before agreeing to any settlement does not have full authority.**  If a party is a governmental entity, its governing body shall designate one of its members or a senior executive to appear at the Settlement Conference with authority to participate in the Settlement Conference and, if a tentative settlement agreement is reached, to recommend the agreement to the governmental entity for its approval.  An insured party shall appear with a representative of the carrier with full authority to negotiate up to the limits of coverage.

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing

counsel and lodged as early as the basis for the hardship is known but no later than the Settlement Conference Statement.

**Each party shall prepare a confidential Settlement Conference Statement, which must be LODGED with the undersigned's Chambers (NOT electronically filed) no later than fourteen (14) calendar days prior to the conference.**

**Each party shall also submit their Settlement Conference Statement in .pdf format and email their statement to NJVPO@cand.uscourts.gov.**

The parties shall notify Chambers immediately at (707) 445-3612 if this case settles prior to the date set for Settlement Conference. Counsel shall provide a copy of this order to each party who will participate in the conference.

**IT IS SO ORDERED.**

Dated: January 7, 2011

NANDOR J. VADAS
United States Magistrate Judge