IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ALFORD, | No. 09-01306 CW |
| Plaintiff, | ORDER REFERRING TRIAL TO THE HONORABLE SAMUEL CONTI |
| v. | |
| HUMBOLDT COUNTY; GARY PHILP; CITY OF EUREKA; CHIEF GARR NIELSEN; DEPUTY GREG BERRY; LIEUTENANT GEORGE CAVINTA; SERGEANT WILLIAM NOVA; SERGEANT BRYAN QUENELL; DEPUTY JAMIE BARNEY; LIEUTENANT DAVE MOREY; and DETECTIVE RICH SHLESIGER, | |
| Defendants. / | |

Due to conflicts in the Court's schedule, and Judge Conti's availability, the six day jury trial in this action, currently set to begin May 23, 2011, before the undersigned is referred to the Honorable Samuel Conti, United States Senior District Judge. The trial is continued to May 31, 2011, at 9:30 am, and will be held in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA. The pretrial conference, currently scheduled for April 26, 2011, is continued to Thursday, May 26, 2011 at 11:00 am, and will be held at the same courtroom where the trial will be held. Additional instructions regarding pretrial preparation, including the schedule for pretrial briefing, are forthcoming.

IT IS SO ORDERED.

Dated: 4/5/2011

CLAUDIA WILKEN
United States District Judge