UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-09-1306          Samuel Conti            DATE May 11, 2011
Case Number        Judge                   Time 1 hour 20 minutes

Title: JAQUELINE ALFORD         vs DEPUTY JAMIE BARNEY

Attorneys: BRIAN CLAYPOOL           NANCY DELANEY

Deputy Clerk: T. De Martini    Court Reporter: Kathy Wyatt

Court   Pltf's   Deft's
(XXX)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (   )Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to 6/8/11 @ 9:00 a.m. for Pretrial Conference

Case Continued to 6/8/11 @ 10:00 a.m. for Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to 6/8/11 @ 9:00 a.m. for Daubert Hearing

ORDERED AFTER HEARING: Parties Daubert briefs are due 5/27/11. The Court Ruled on Motions in Limine. Additional Motions in Limine to be filed by 5/27/11. Proposed Voir Dire, Joint Jury Instructions, Witness Lists, Exhibit Lists and a Joint Statement for the Judge to read to the jury are due by 5/27/11. The pretrial conference set for 5/26/11 is continued to 6/8/11.