LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Brian Edward Claypool (State Bar No. 134674)
The CLAYPOOL LAW FIRM
Attorneys at Law
1055 E. Colorado Blvd. 5th Floor
Pasadena, CA 91106
Tel: (626) 240-4616
Fax: (626) 796-9951
E-Mail: becesq@aol.com

*Attorneys for Plaintiff JACQUELINE ALFORD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ALFORD,<br><br>Plaintiff,<br>vs.<br><br>HUMBOLDT COUNTY, et al.<br><br>Defendants. | Case No. C 09-01306-SC<br><br>**PLAINTIFF'S WITNESS LIST**<br><br>Date: 06/08/2011<br>Time: 9:00 AM<br>Ctrm.: 1, 17th Floor |

1     Plaintiff hereby submits her list of witnesses to be used at trial.

2   DATED: May 27, 2011         LAW OFFICES OF DALE K. GALIPO

3

4                                   By: /s/ *Dale K. Galipo*

5                                      DALE K. GALIPO
                                     Attorneys for Plaintiffs

6

7   DATED: May 27, 2011         THE CLAYPOOL LAW FIRM

8

9                                   By: /s/ *Brian E. Claypool*

10                                    BRIAN E. CLAYPOOL
                                   Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| No. | Witness | Brief Description of Testimony | Time Estimate For Direct & Cross Examination |
|---|---|---|---|
| 1 | Plaintiff Jacqueline Alford | Mother of decedent; observation on the scene; damages | D: 1.50 |
| 2 | Richard Stewart Sr. | Father of decedent; observation on the scene; damages | D: 1.00 |
| 3 | Gordon Stewart | Brother of decedent; observation on the scene; damages | D: 0.75 |
| 4 | Lester Alford | Step-Father of decedent; Observations on the scene; damages | D: 0.50 |
| 5 | Richie Marshall | Observations on the scene, including his observations of officers smiling and taking pictures with their guns raised after the decedent was killed. | D: 0.75 |
| 6 | Pamlyn Milsap | Mental Health Specialist on the Scene | D: 0.50 |
| 7 | Jamie Barney | Defendant; he will testify concerning his use of flammable devices at the scene | D: 2.00 |
| 8 | Karen Quenell | Evidence Technician who processed the various devices found at the scene | D: 0.75 |
| 9 | Jesse Taylor | Officer on the scene will testify to tactics used at the scene | D: 0.50 |
| 10 | Mike Fridley | Officer on the scene will testify to tactics used at the scene | D: 0.50 |
| 11 | Rich Schlesiger | Will testify as to his investigation re: the use of force by officers on the scene | D: 0.50 |
| 12 | Lt. George Cavinta | Officer on the scene will | D: 0.50 |

| No. | Witness | Brief Description of Testimony | Time Estimate For Direct & Cross Examination |
|---|---|---|---|
|  |  | testify to tactics used at the scene |  |
| 13 | Deputy Greg Berry | Will testify as to his observations regarding his initial encounter with the decedent | D: 0.50 |
| 14 | Sgt. Brian Quenell | Officer on the scene will testify to tactics used at the scene | D: 0.50 |
| 15 | Lt. Ed Guyer | Officer on the scene will testify to his observations and tactics used at the scene | D: 0.50 |
| 16 | Officer Louis Altic | Officer on the scene will testify to his observations at the scene and conversations about pyrotechnic devices | D: 0.50 |
| 17 | Officer Tim Jones | Officer on the scene will testify to his observations at the scene and conversations about pyrotechnic devices | D: 0.50 |
| 18 | Officer Heather Landreneaux | Officer on the scene will testify to her observations of the decedent during the incident | D: 0.50 |
| 19 | Officer Todd Wilcox | Officer on the scene will testify to his observations of the fire and his own reaction to the chemical agents | D: 0.50 |
| 20 | Officer Gary Cooper | Officer on the scene will testify to his observations of decedent during the incident | D: 0.50 |
| 21 | Officer Eddy Wilson | Officer on the scene will testify to lack of negotiation with decedent | D: 0.50 |

| No. | Witness | Brief Description of Testimony | Time Estimate For Direct & Cross Examination |
|---|---|---|---|
| 22 | Officer Ron Harpham | Officer on the scene will testify to her observations of the decedent during the incident | D: 0.50 |
| 23 | Sgt. Bill Nova | Officer on the scene will testify to tactics used at the scene | D: 0.50 |
| 24 | Officer Matthew Spallinio | Officer on the scene will testify to tactics used at the scene and observations of the fire | D: 0.50 |
| 25 | Jeff Ricker | Will testify regarding the various chemical devices at the scene | D: 0.50 |
| 26 | Rawland Swift | Will testify regarding the various chemical devices at the scene | D: 0.50 |
| 27 | Michelle Olson | Will testify regarding dispatch communication | D: 0.75 |
| 28 | Charles VanBuskirk | Deputy Coroner Investigator will testify regarding autopsy | D: 1.0 |
| 29 | Jeffery C. Nicklas | Results of investigation | D: 1.0 |
| 30 | D.A. Investigator Dunn | Results of investigation | D: 0.75 |
| 31 | D.A. Investigator Honsal | Results of investigation | D: 0.75 |
| 32 | D.A. Investigator Hislop | Results of investigation | D: 0.75 |