LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:   (818) 347-3333
Facsimile:   (818) 347-4118

Brian Edward Claypool (State Bar No. 134674)
THE CLAYPOOL LAW FIRM
Attorneys at Law0
1055 E. Colorado Blvd. 5th Floor
Pasadena, CA  91106
Tel: (626) 240-4616
Fax: (626) 796-9951
E-Mail: becesq@aol.com

*Attorneys for Plaintiff JACQUELINE ALFORD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JACQUELINE ALFORD, | Case No. C 09-01306-SC |
|---|---|
| Plaintiff, | *[The Honorable Samuel Conti]* |
| vs. | **PLAINTIFF'S AMENDED PROPOSED EXHIBIT LIST** |
| HUMBOLDT COUNTY, et al., | Date:   06/06/2011 |
| Defendants. | Time:   10:00 AM<br>Ctrm.:  1, 17th Floor – San Francisco |

1  Plaintiff hereby submits her list of exhibits to be used at trial.

2

3  DATED:  June 3, 2011            LAW OFFICES OF DALE K. GALIPO

4

5                                  By:  /s/ *Dale K. Galipo*
                                       DALE K. GALIPO
6                                      Attorneys for Plaintiffs

7

8  DATED:  June 3, 2011            THE CLAYPOOL LAW FIRM

9

10                                 By:  /s/ *Brian E. Claypool*
                                       BRIAN E. CLAYPOOL
11                                     Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: 09-01823 SC (VBKx)                                      DATE: June 3, 2011

JAQUELINE ALFORD v. HUMBOLDT COUNTY, ET AL

**EXHIBIT LIST**

(X)     PLAINTIFF                                           ( )     DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| 1 | | | Law Enforcement Chiefs' Association Humboldt Countywide Protocol Multi-Agency Response to Active Shooter Situations |
| 2 | | | Humboldt County Sheriff's Office Supplemental Report, 12/18/07, Prepared by Rich Schlesiger |
| 3 | | | Eureka Police Department Watch Commander's Daily Report |
| 4 | | | Department Action Log |
| 5 | | | Suspect Actions/Behavior Log |
| 6 | | | Humboldt County District Attorney's Office Investigation Report |
| 7 | | | Sketches of Property by Sgt. Nova dated 6/5/07 |
| 8 | | | Defense Technology 2006 Specification Manual (pages pertaining to Ferret - 40; Ferret-12; Flameless Expulsion Grenade; Tri-Chamber Flameless Grenade; Stinger Grenade; and Han-Ball Grenade) |
| 9 | | | Transcribed Statement of Edward Kenneth Guyer, June 3, 2007 |

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| 10 | | | Transcribed Statement of Matthew Spallino, June 3, 2007 |
| 11 | | | Transcribed Statement of Mike Nolan, June 3, 2007 |
| 12 | | | Transcribed Statement of Greg Berry, June 3, 2007 |
| 13 | | | Transcribed Statement of Heather Landreneaux, June 3, 2007 |
| 14 | | | Transcribed Statement of Jason Daniels, June 4, 2007 |
| 15 | | | Transcribed Interview of Bill Nova, June 5, 2007 |
| 16 | | | Transcribed Interview with Tim Jones, June 6, 2007 |
| 17 | | | Transcribed Statement of Louis Altic, June 8, 2007 |
| 18 | | | Transcribed Statement of Brian Quenell, June 20, 2007 |
| 19 | | | Transcribed Statement of Brian Taylor, June 20, 2007 |
| 20 | | | Transcribed Statement of Mike A. Fridley, June 27, 2007 |
| 21 | | | Supplemental Report, DA Investigator Steve Dunn, Narrative |
| 22 | | | Transcribed Interview with Lt. Dave Morey, June 25, 2007 |
| 23 | | | Transcribed Interview with Lt. Steve Knight, |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| 24 | | | Transcribed Interview with Tony Gomes, June 6, 2007 |
| 25 | | | Transcribed Interview with Brian Taylor, June 7, 2007 |
| 26 | | | Transcribed Interview with Jamie Barney, June 7, 2007 |
| 27 | | | Transcribed Interview with Brian Quenell, June 7, 2007 |
| 28 | | | Transcribed Interview with Brian Quenell, June 20, 2007 |
| 29 | | | Transcribed Interview with George Cavinta, June 8, 2007 |
| 30 | | | Humboldt County District Attorney's Office Investigation Report, July 2, 2007 re: Witness Kay Howden |
| 31 | | | Diagram of Scene by Witness Howden |
| 32 | | | Transcribed Interview with Kay Howden |
| 33 | | | Humboldt County District Attorney's Office Investigation Report, July 2, 2007 re: Witness Michelle Olson |
| 34 | | | Transcribed Interview with Michelle Olson, June 7, 2007 |
| 35 | | | Humboldt County District Attorney's Office Investigation Report, July 2, 2007 re: Witness Eddie Wilson, July 2, 2007 |
| 36 | | | Transcribed Interview with Eddy Wilson, June 12, 2007 |
| 37 | | | Humboldt County District Attorney's Office |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| | | | Investigation Report, July 2, 2007 re: Witness T. Wilcox |
| 38 | | | Diagram of Scene by Todd Wilcox |
| 39 | | | Transcribed Interview with Todd Wilcox |
| 40 | | | Humboldt County District Attorney's Office Investigation Report, July 6, 2007 re: Witness Jeff Ricker |
| 41 | | | Diagram of Scene by Witness Ricker |
| 42 | | | Defense Technology, product page, Flameless TriChamber CS |
| 43 | | | Defense Technology, Material Safety Data Sheet, Tri-Chamber Flameless Grenade |
| 44 | | | Defense Technology, product page, Han-Ball Grenade |
| 45 | | | Defense Technology, Material Safety Data Sheet, Han-Ball Grenade |
| 46 | | | Memorandum from Jeff Ricker to Humboldt County District Attorney Investigator, June 12, 2007. |
| 47 | | | Memorandum from Rawland Swift to Humboldt County District Attorney Investigator, June 7, 2007. |
| 48 | | | Memorandum to Jeff Ricker from B. Patton, June 6, 2007. |
| 49 | | | Memorandum to Jeff Ricker from J. Lawrence, June 11, 2007. |
| 50 | | | Memorandum to Jeff Ricker from A. Navarro, June 12, 2007. |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| 51 | | | Memorandum to Jeff Ricker from P. Martinez, June 12, 2007. |
| 52 | | | Memorandum to Jeff Ricker from J.F. Tygart, June 12, 2007. |
| 53 | | | Memorandum from Kenneth C. Charlton to Humboldt County District Attorney Investigator, June 10, 2007. |
| 54 | | | Memorandum from J. McMillan to Humboldt County District Attorney Investigator, June 7, 2007. |
| 55 | | | Memorandum to Jeff Ricker from M. Winingham, June 10, 2007. |
| 56 | | | Transcribed Interview with Jeff Rickler, June 13, 2007 |
| 57 | | | Humboldt County District Attorney's Office Investigation Report, July 6, 2007 re: Witnesses D. Higgerson, A. Dornback, and D. Barneburg |
| 58 | | | Memorandum from D. Barneburg to Humboldt County District Attorney Investigator, June 7, 2007. |
| 59 | | | Diagram of Scene by Witness D. Barneburg |
| 60 | | | Memorandum from D. Higgerson to Humboldt County District Attorney Investigator, June 7, 2007. |
| 61 | | | Diagram of Scene by Witness D. Higgerson |
| 62 | | | Memorandum from A. Dornback to Humboldt County District Attorney Investigator, June 7, |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| | | | 2007. |
| 63 | | | Diagram of Scene by Witness A. Dornback |
| 64 | | | Memorandum from F.C. Vanderhoofven to Humboldt County District Attorney Investigator, June 7, 2007. |
| 65 | | | Memorandum from A. Harrison to Humboldt County District Attorney Investigator, June 7, 2007. |
| 66 | | | Memorandum from R.E. Berry to Humboldt County District Attorney Investigator, June 7, 2007. |
| 67 | | | Memorandum from R. Mazyck to Humboldt County District Attorney Investigator, June 7, 2007. |
| 68 | | | Transcribed Interview with Dave Barneburg, June 14, 2007 |
| 69 | | | Transcribed Interview with Anthony Dornback, June 13, 2007 |
| 70 | | | Transcribed Interview with Sgt. Dale Higgerson, June 13, 2007 |
| 71 | | | Humboldt County District Attorney's Office Investigation Report, July 16, 2007 re: Witness Officer R. Reyna-Sanchez |
| 72 | | | Diagram of Scene by Witness R. Reyna-Sanchez |
| 73 | | | Transcribed Interview with R. Reyna-Sanchez |
| 74 | | | Humboldt County District Attorney's Office Investigation Report, July 16, 2007 re: Witness |

| **EXHIBIT NUMBER** | **DATE** | | **DESCRIPTION** |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| | | | Officer Ron Harpham |
| 75 | | | Transcribed Interview with Ron Harpham, June 7, 2007 |
| 76 | | | Diagrams of Scene (2) by Witness Harpham |
| 77 | | | Humboldt County District Attorney's Office Investigation Report, July 17, 2007 re: Witness Officer Mike Roberts |
| 78 | | | Diagram of Scene by Witness Mike Roberts |
| 79 | | | Supplemental Report by Mike Roberts, June 4, 2007 |
| 80 | | | Transcribed Interview with Mike Roberts |
| 81 | | | Humboldt County District Attorney's Office Investigation Report, July 18, 2007 re: Witness Officer Rawland Swift |
| 82 | | | Memorandum from Rawland Swift to Humboldt County District Attorney Investigator, June 7, 2007. |
| 83 | | | Defense Technology 2006 Specification Manual, Stinger Grenade (3 pages - description and photograph) |
| 84 | | | Humboldt County District Attorney's Office Investigation Report, July 18, 2007 re: Witness Officer Gary Cooper |
| 85 | | | Diagram of Scene by Witness Gary Cooper |
| 86 | | | Transcribed Interview with Gary Cooper, June 11, 2007 |
| 87 | | | Humboldt County District Attorney's Office |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| | | | Investigation Report, July 20, 2007 re: Investigator William Honsal |
| 88 | | | Humboldt County Sheriff Weapons Log |
| 89 | | | Humboldt County Sheriff's Office Supplemental Report, Sgt. Quenell, October 25, 2007 |
| 90 | | | Page of badge numbers of Pelican Bay State Prison CRT Operators that Assisted Humboldt Co. Sheriff and Eureka Police Dept. on June 4, 2007. |
| 91 | | | Handwritten page of individuals on scene |
| 92 | | | Critical Incident Investigation Report by Matthew Eberhardt, with attached scene diagrams by Witnesses Lundie and Eberhardt. |
| 93 | | | Transcribed Statement of Willie Hostler, June 3, 2007 |
| 94 | | | Transcribed Statement of Mike Fridley, June 3, 2007 |
| 95 | | | Transcribed Statement of Debra Brown, June 4, 2007 |
| 96 | | | Transcribed Statement of Sgt. Randy Garcia, June 7, 2007 |
| 97 | | | Transcribed Statement of Jesse Taylor, June 7, 2007 |
| 98 | | | Humboldt County District Attorney's Office Investigation Report, Chief Michael R. Hislop, June 11, 2007 |
| 99 | | | Hoopa Valley Tribal Police Dept Call Detail |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| | | | Report, June 3, 2007 |
| 100 | | | Transcribed Statement with Pamela Milsap, June 7, 2007 |
| 101 | | | Transcribed Statement with Terry Butts, June 7, 2007 |
| 102 | | | Arcata Police Department, Report by Sgt. Silvers, June 7, 2007 |
| 103 | | | Humboldt County Sheriff's Office Criminal Investigation Division Supplemental Report, Sgt .Wayne Hanson, July 9, 2007. |
| 104 | | | Video of Fire |
| 105 | | | Transcribed Statement of Sgt. Mike Fridley #1, June 5, 2007 |
| 106 | | | Transcribed Statement of Sgt. Mike Fridley #2, June 5, 2007 |
| 107 | | | Humboldt County Sheriff's Office Criminal Investigation Division Supplemental Report, M. Kirkpatrick, June 26, 2007. |
| 108 | | | Humboldt County Sheriff's Office Criminal Investigation Division Supplemental Report, Karen Quenell, June 3, 2007. |
| 109 | | | Humboldt County Sheriff's Office Criminal Investigation Division Supplemental Report, Karen Quenell, June 12, 2007. |
| 110 | | | California Department of Justice, Bureau of Forensic Services, Physical Evidence Examination Report, August 20, 2007 |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| 111 | | | SWAT Mutual Aid Callout Sheet, June 3, 2007 |
| 112 | | | Eureka Police Department Watch Commanders Daily Report |
| 113 | | | Email from Kathy Ireland to Rich Schlesiger re: SET Trailer Gas, Diversionary and Less then Lethal Inventory, June 20, 2007 |
| 114 | | | Eureka Fire Department Fire/Arson Investigation Report, September 5, 2007 |
| 115 | | | Autopsy Report |
| 116 | | | Photographs of Decedent with family |
| 117 | | | Photographs of Decedent as a teenager |
| 118 | | | Recent photographs of Decedent |
| 119 | | | Humboldt County Death Investigation Report |
| 120 | | | Photographs of grenades recovered from scene |
| 121 | | | Photographs of canisters recovered from scene |
| 122 | | | Photographs of vest |
| 123 | | | Photographs of scene after fire |
| 124 | | | Photographs of scene during fire |
| 125 | | | Photographs of the officers |
| 126 | | | Photographs of the officers' clothing |
| 127 | | | Photographs of the officers' weapons and ammunition |
| 128 | | | Photographs of scene of incident, including surrounding areas |
| 129 | | | Photographs of decedent's body at scene |
| 130 | | | Autopsy Photographs |
| 131 | | | Photographs of boards with names of involved officers |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| 132 | | | Building diagram for residence |