Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
E-Mail: nkloeppel@mitchelllawfirm.com &
kradford@mitchelllawfirm.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ALFORD, | CASE NO.: CV- 09-1306-SC |
| Plaintiff, | **AMENDED WITNESS LIST OF DEFENDANT** |
| vs. | |
| HUMBOLDT COUNTY, et al., | TRIAL DATE: June 8, 2011 |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

WITNESS LIST OF DEFENDANT

Pursuant to the Court Order for Pre-Trial Preparation, defendant sets forth below a statement identifying all persons who defendant may call as witnesses, and a general summary of each witness's expected testimony:

**Greg Berry, Deputy, Humboldt County Sheriff's Department:**

Observations at scene and involvement in subject incident, appropriateness of law enforcement efforts.

**Heather Landreneaux, Sergeant, Yurok Tribal Police:**

Observations at scene and involvement in subject incident, appropriateness of law enforcement efforts.

**Willie Hostler, Chief, Hoopa Tribal Police:**

Contact by plaintiff, dispatch to Humboldt County Sheriff's Department that plaintiff was concerned decedent would commit suicide, involvement in subject incident, observation of shots fired by decedent and damage to Tribal Police vehicles.

**Mike Roberts, Hoopa Tribal Police:**

Observations at scene and involvement in subject incident, appropriateness of law enforcement efforts.

**George Cavinta, Lieutenant, Humboldt County Sheriff's Department:**

Observations at scene and involvement in subject incident, appropriateness of law enforcement efforts.

**William Nova, Sergeant, Eureka Police Department:**

Observations at scene and involvement in subject incident, chemical agent categorization and use, appropriateness of same as deployed by defendant Barney and of law enforcement efforts.

**Ron Harpham, Sergeant, Eureka Police Department:**

Observations at scene and involvement in subject incident, appropriateness of law enforcement efforts.

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

WITNESS LIST OF DEFENDANT

**Jamie Barney, Deputy, Humboldt County Sheriff's Department:**

Observations at scene and involvement in subject incident, chemical agent categorization and use, appropriateness of same and law enforcement efforts.

**Wayne Hanson, Sergeant, Humboldt County Sheriff's Department:**

Information collected and provided to law enforcement during subject event, observations at scene, chemical agent categorization and use, appropriateness of same.

**Mike Fridley, Humboldt County Sheriff's Department:**

Negotiation efforts, recording of same and of shots fired by Peter Stewart and law enforcement.

**Rich Schlesiger, Detective, Humboldt County Sheriff's Department:**

Information collected and provided to law enforcement during subject event.

**Marvin Kirkpatrick, Detective, Humboldt County Sheriff's Department:**

Evidence collected following event, as more particularly set forth in report of same.

**Bryan Quenell, Humboldt County Sheriff's Department:**

Observations at scene and involvement in subject incident, appropriateness of law enforcement efforts.

**Jesse Taylor, Humboldt County Sheriff's Department:**

Observations at scene and involvement in subject incident, appropriateness of law enforcement efforts.

**Karen Quenell, Evidence Technician, Humboldt County Sheriff's Department:**

Evidence collected following event, as more particularly set forth in report of same.

**Pamela Millsap, Humboldt County Mental Health:**

Negotiation efforts.

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3
WITNESS LIST OF DEFENDANT

**Terri Butts, Humboldt County Mental Health:**

Negotiation efforts.

**M. Olson, Dispatcher, Eureka Police Department:**

Department Action Log entries.

**Matthew M. Moore:**

By deposition excerpts as identified in statement filed herewith.

**Don Cameron:**

It is anticipated that Mr. Cameron will testify consistent with the opinions expressed in his Rule 26 report, and more specifically, with regard to the appropriateness of law enforcement efforts, including tactical decisions based upon information available, use of chemical agents, categorization (outdoor versus indoor, flameless) of same and devices deployed by defendant Barney.

**Deputy Kerry Ireland, Humboldt County Sheriff's Department:**

Observations at scene and appropriateness of law enforcement efforts.

All law enforcement officers identified in reports prepared by any entity -- as to the law enforcement effort of any officer and the appropriateness of same.

DATED: June 7, 2011                             MITCHELL, BRISSO, DELANEY & VRIEZE

                                                By:  /s/ Nancy K. Delaney
                                                     Nancy K. Delaney
                                                     Nicholas R. Kloeppel
                                                     Attorneys for Defendant

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4

WITNESS LIST OF DEFENDANT