Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586
E-Mail: nkloeppel@mitchelllawfirm.com &
kradford@mitchelllawfirm.com

Attorneys for Defendants

Dale K. Galipo (Bar No. 144074)
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118
E-Mail:   dalekgalipo@yahoo.com

Brian Edward Claypool
THE CLAYPOOL LAW FIRM
1055 E. Colorado Blvd., 5th Floor
Pasadena, CA 91106
Tel: (626) 240-4616
Fax: (626) 240-4617
E-Mail: becesq@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JACQUELINE ALFORD, | CASE NO.: CV- 09-1306-SC |
|---|---|
| Plaintiff, | **JOINT SUBMISSION OF SEPARATE STATEMENTS OF THE CASE** |
| vs. | |
| HUMBOLDT COUNTY, et al., | TRIAL DATE: June 8, 2011 |
| Defendants. | |

After meeting and conferring, the parties were unable to agree on a Joint Statement of the Case. The following are the proposed statements:

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

JOINT SUBMISSION OF SEPARATE STATEMENTS OF THE CASE

I. **Plaintiff's Proposed Statement of the Case**

This case involves an allegation of excessive force against Deputy Barney. The plaintiff, who is the mother of the decedent Peter Stewart, claims that Deputy Barney used excessive force by throwing a flammable device into the residence in which Peter Stewart was located. The house subsequently caught fire and Peter Stewart died as a result of the fire.

The defendant denies the plaintiff's contentions and claims that Deputy Barney did not cause the fire or the death of Peter Stewart.

II. **Defendant's Proposed Statement Of The Case**

This case involves an allegation of excessive force against Deputy Barney. The plaintiff, who is the mother of the decedent Peter Stewart, claims that Deputy Barney used excessive force by throwing a flammable device into the residence in which Peter Stewart was located. The house subsequently caught fire and Peter Stewart died as a result of the fire.

The defendant denies the plaintiff's contentions and claims this case arises out of law enforcement efforts to detain Peter Stewart on June 3, 2007. Peter Stewart remained barricaded in the residence of another on June 3 and 4, 2007, displayed weapons, shot at officers and refused to respond to repeated efforts to initiate negotiations. Defendant Deputy Barney deployed hand held chemical agent devices that were flameless and rated for indoor use, following the tactical plan developed by his superior officers, and which he considered appropriate under the circumstances. There is no evidence that these devices did cause the fire in the residence, warnings were issued to Peter Stewart regarding observations as the fire occurred at the residence and there was sufficient time for Peter Stewart to safely exit the residence both before and after the fire started.

///

///

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

JOINT SUBMISSION OF SEPARATE STATEMENTS OF THE CASE

### III. Defendant's Proposed Compromise Statement of the Case

This case involves an allegation of excessive force against Deputy Barney. The plaintiff, who is the mother of the decedent Peter Stewart, claims that Deputy Barney used excessive force by deploying a handheld chemical agent device into the residence in which Peter Stewart was located.

The defendant denies the plaintiff's contentions and claims that Deputy Barney did not cause the death of Peter Stewart.

DATED: May 27, 2011                MITCHELL, BRISSO, DELANEY & VRIEZE


By: _/s/ Nancy K. Delaney_
　　　Nancy K. Delaney
　　　Nicholas R. Kloeppel
　　　Attorneys for Defendants

DATED: May 27, 2011                LAW OFFICES OF DALE K. GALIPO
                                   THE CLAYPOOL LAW FIRM


By: _/s/ Dale K. Galipo_
　　　Dale K. Galipo
　　　Brian E. Claypool
　　　Attorneys for Plaintiff

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

3

JOINT SUBMISSION OF SEPARATE STATEMENTS OF THE CASE