UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE ALFORD, | No. C-09-1306 SC |
| Plaintiff(s), | |
| v. | ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY LUNCH DURING DELIBERATION |
| JAMIE BARNEY, | |
| Defendant(s). | |
| _____/ | |

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily lunch during deliberation for the members of the jury in the above-entitled matter commencing on June 15, 2011.   Lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

IT IS SO ORDERED.

DATED: June 14, 2011

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE